## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 17th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Carl N. Kunz, Esquire
*Morris, James, Hitchens & Williams*
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-1397

Jason V. Stitt, Esquire
*Keating Muething & Klekamp PLL*
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202

_____
Mary E. Augustine (No. 4477)